**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian Tribe,<br><br>*Plaintiff,*<br><br>v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>*Defendant,*<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>*Defendant-Intervenor.* | Case No. 2:18-cv-00598-RSL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND FOR VOLUNTARY DISMISSAL OF CLAIMS** |

Upon consideration of Plaintiff's Motion for Leave to File Amended Complaint and for Voluntary Dismissal of Claims, and for good cause shown, it is hereby ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and for Voluntary Dismissal of Claims is GRANTED.

ORDER GRANTING MOTION TO AMEND COMPLAINT
CASE NO. 2:18-CV-00598-RSL                 1

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

**IT IS SO ORDERED.**

Dated this 17th day of August, 2021.

*MWS Lasnik*
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Grace P. Bauer*
GRACE P. BAUER, WSBA #56222
PATTI A. GOLDMAN, WSBA #24426
STEFANIE TSOSIE, WSBA #49840
Earthjustice
810 Third Avenue, Suite 610
Seattle, WA 98104-1711
Ph.: (206) 343-7340
Fax: (415) 217-2040
gbauer@earthjustice.org
pgoldman@earthjustice.org
stsosie@earthjustice.org

WESTON LEMAY, WSBA #51916
Office of the Tribal Attorney,
Swinomish Indian Tribal Community
11404 Moorage Way
La Conner, WA 98257
Ph.: (360) 466-1058
Fax: (360) 466-5309
wlemay@swinomish.nsn.us

*Attorneys for Plaintiff*

ORDER GRANTING MOTION TO AMEND COMPLAINT
CASE NO. 2:18-CV-00598-RSL          2

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*