IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SWINOMISH INDIAN TRIBAL COMMUNITY,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL MARINE FISHERIES SERVICE,<br><br>    Defendant,<br><br>and<br><br>TAYLOR SHELLFISH COMPANY, INC.<br><br>    Defendant-Intervenor. | Case No. 2:18-cv-00598-RSL<br><br>**ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER OR OTHER RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** |

    This matter comes before the Court on the Federal Defendant and Defendant-Intervenor's joint unopposed motion for an enlargement of time to and including September 16, 2021, to file answers or other responses to Plaintiff's Amended Complaint in this action pursuant to Fed. R. Civ. P. 15.  The motion is GRANTED.

    It is so ordered.

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME 2:18-cv-00598-RSL

1   Dated this 30th day of August, 2021.

_____
Robert S. Lasnik
United States District Judge